IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARY M.H. ALEXANDER | : | |
| Plaintiff | : | |
| v | : | Civil Action No. RDB-07-2370 |
| U.S. POST OFFICE, | : | |
| BANK OF AMERICA, | | |
| PATAPSCO PARK COMMUNITY, | : | |
| AND OTHERS | | |
| | : | |
| Defendants | | |

o0o
## MEMORANDUM OPINION

The above-captioned complaint was filed on September 6, 2007, along with a Motion to Proceed In Forma Pauperis. Because she appears to be indigent, the Motion to Proceed In Forma Pauperis will be granted. For the reasons that follow, the Complaint must be dismissed.

Plaintiff alleges that "[t]he defendants . . . have persisted in activity which has constantly violated the Plaintiff's rights. Such activity has included theft of mail, interference with a contractual advantage. or ones right to contract, mental and physical abuse, as well as malicious destruction of property, resulting in the loss of several printers, computer and typewriters." Paper No. 1 at p. 2. Plaintiff does not describe the activity she alleges violated her rights in either the Complaint or the Amended Complaint. *See* Papers No. 1 and 3. It is impossible to discern from the pleadings currently before this Court what each Defendant is alleged to have done to cause Plaintiff harm and, therefore, the Complaint fails to state a claim on which relief may be granted.

By separate Order which follows, the Complaint will be dismissed.

| | |
|---|---|
| October 10, 2007 | /s/ |
| Date | RICHARD D. BENNETT |

UNITED STATES DISTRICT JUDGE